UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVERIDIS HEALTH SCIENCES, LLC., <br> Plaintiff, <br> v. <br> 123 DIRECT LTD., *et al.*, <br> Defendants, <br> v. <br> AMAZON.COM, INC., <br> Garnishee. | Case No. MC17-0050RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application and Declaration for Writ of Garnishment" for property in which the defendant/judgment debtors, 123 Direct Ltd. (d/b/a Direct USA d/b/a 123 Healthshop), Jose Manuel Mendez Navarro, and Jeremy Michael Rourke-Pilott, have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Amazon.com, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on May 19, 2017, at Dkt. # 1-1.

DATED this 23rd day of May, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT